IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil No. 1:14-cv-1474 |
| Plaintiff, | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA and PENNSYLVANIA STATE POLICE,** | |
| Defendants. | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 79) is **GRANTED** and Defendants' Motion for Summary Judgment (Doc. 83) is **DENIED**.

The balance of the case management deadlines are as follows:

| | |
|---|---|
| Pretrial Memorandum | November 9, 2017 |
| Pretrial Conference | November 16, 2017 at 9:30 AM |
| Bench Trial | December 11, 2017 |

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: October 2, 2017