IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:14-cv-1474 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA and PENNSYLVANIA STATE POLICE, | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion for reconsideration (Doc. 132) is **DENIED**.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 8, 2018