IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Civil No. 1:14-CV-01474 |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **COMMONWEALTH OF PENNSYLVANIA and PENNSYLVANIA STATE POLICE,** | : |
| | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 31st day of December 2021, in accordance with the accompanying memorandum, and upon consideration of Plaintiff United States of America and Defendant Commonwealth of Pennsylvania and Pennsylvania State Police's (the "Parties") Joint Motion for Final Entry of the Settlement Agreement and Memorandum in Support (Docs. 200, 201), the Parties' Memorandum of Law in Support of Joint Motion for Provisional Entry of the Settlement Agreement (Doc. 186), and the record from the Fairness Hearing on the Settlement Agreement held on August 5, 2021, and finding that the terms of the Settlement Agreement are fair, adequate, reasonable, and lawful, **IT IS HEREBY ORDERED** as follows:

I. The Parties' Joint Motion for Final Entry of the Settlement Agreement (Doc. 200) is **GRANTED**;

II. All objections to the Settlement Agreement are **OVERRULED;**

III. The Settlement Agreement (*see* Doc. 186-1) is **APPROVED** and will be **ENTERED** on the docket in this case.

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge
